# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK




FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   SEP 02 2008   ★

BROOKLYN OFFICE

1. Title of Case: **United States v. Devon Davis and Karim Golding**

2. Related Magistrate Docket Number(s): M-07-750
     None ( )

3. Arrest Date: **7/5/07**

4. Nature of offense(s):   ☒   Felony
                            ☐   Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):_____

6. Projected Length of Trial:   Less than 6 weeks   (X)
                                 More than 6 weeks   ( )

7. County in which crime was allegedly committed: **Queens**
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   ( ) Yes  (X) No

9. Have arrest warrants been ordered?   ( ) Yes  (X) No

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By: _____
Alexander A. Solomon
Assistant U.S. Attorney
718-254-6074

Rev. 3/22/01