UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

            Plaintiff,

  -against-

KARIM GOLDING,

            Defendant.

------------------------------------------------------------------ x

07-CR-621 (ARR)

<u>VERDICT SHEET</u>

## **COUNT ONE**
(Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base)

How do you find the defendant, Karim Golding?

    Guilty __✓__     Not Guilty _____

a. If you find Mr. Golding guilty of the conspiracy alleged in Count One, do you find that the government proved beyond a reasonable doubt that the controlled substance involved in Count One was a substance containing cocaine base?

    Proved __✓__     Not Proved _____

    i. If you find that the government has proved that the controlled substance involved in Count One was a substance containing cocaine base, do you find that the crime charged in Count One involved 50 grams or more of cocaine base?

    Yes __✓__     No _____

## **COUNT TWO**
(Distributing or Possessing with Intent to Distribute Cocaine Base on June 15, 2006)

How do you find the defendant, Karim Golding?

    Guilty __✓__     Not Guilty _____

*Court Exhibit Seven*

a.  If you find Mr. Golding guilty of the crime charged in Count Two, do you find that the government proved beyond a reasonable doubt that the controlled substance involved in Count Two was a substance containing cocaine base?

   Proved __✓__   Not Proved _____

i.  If you find that the government has proved that the controlled substance in Count Two was a substance containing cocaine base, do you find that the crime charged in Count Two involved five grams or more of cocaine base?

   Yes __✓__   No _____

## COUNT THREE
(Distributing or Possessing with Intent to Distribute Cocaine Base on June 22, 2006)

How do you find the defendant, Karim Golding?

   Guilty __✓__   Not Guilty _____

a.  If you find Mr. Golding guilty of the crime charged in Count Three, do you find that the government proved beyond a reasonable doubt that the controlled substance involved in Count Three was a substance containing cocaine base?

   Proved __✓__   Not Proved _____

i.  If you find that the government has proved that the controlled substance in Count Three was a substance containing cocaine base, do you find that the crime charged in Count Three involved 50 grams or more of cocaine base?

   Yes __✓__   No _____

## COUNT FOUR
(Distributing or Possessing with Intent to Distribute Cocaine Base on June 29, 2006)

How do you find the defendant, Karim Golding?

   Guilty __✓__   Not Guilty _____

a.  If you find Mr. Golding guilty of the crime charged in Count Four, do you find that the government proved beyond a reasonable doubt that the controlled substance involved in Count Four was a substance containing cocaine base?

   Proved __✓__   Not Proved _____

  i. If you find that the government has proved that the controlled substance in Count Four was a substance containing cocaine base, do you find that the crime charged in Count Four involved 50 grams or more of cocaine base? 55

    Yes ✓    No _____

## COUNT FIVE
(Distributing or Possessing with Intent to Distribute Cocaine on June 29, 2006)

How do you find the defendant, Karim Golding?

  Guilty ✓    Not Guilty _____

a. If you find Mr. Golding guilty of the crime charged in Count Five, do you find that the government proved beyond a reasonable doubt that the controlled substance involved in Count Five was a substance containing cocaine?

  Proved ✓    Not Proved _____

## COUNT SIX
(Attempting to Distribute or Possess with Intent to Distribute Cocaine Base on July 13, 2006)

How do you find the defendant, Karim Golding?

  Guilty ✓    Not Guilty _____

a. If you find Mr. Golding guilty of the crime charged in Count Six, do you find that the government proved beyond a reasonable doubt that he attempted to distribute a substance containing cocaine base?

  Proved ✓    Not Proved _____

  i. If you find that the government has proved that Mr. Golding attempted to distribute a substance containing cocaine base, do you find that he attempted to distribute 50 grams or more of cocaine base?

    Yes ✓    No _____

## COUNT SEVEN
(Unlicensed Dealing in Firearms)

How do you find the defendant, Karim Golding?

Guilty __✓__    Not Guilty _____

## COUNT EIGHT
(Possession of a .32 caliber Clerke revolver
and/or a .357 magnum Smith & Wesson revolver)

How do you find the defendant, Karim Golding?

Guilty __✓__    Not Guilty _____

## COUNT NINE
(Possession of a Hi-Point .380 caliber semi-automatic pistol)

How do you find the defendant, Karim Golding?

Guilty __✓__    Not Guilty _____

## COUNT TEN
(Possession of a Davis .380 caliber semi-automatic pistol)

How do you find the defendant, Karim Golding?

Guilty __✓__    Not Guilty _____

## COUNT ELEVEN
(Using, Carrying, Possessing a Firearm)

***NOTE: If you found Mr. Golding guilty of Count Six, answer the following question. If you found Mr. Golding not guilty of Count Six, do not consider this Count.***

How do you find the defendant, Karim Golding?

Guilty __✓__    Not Guilty _____

s/
_____
Foreperson

4