FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ SEP 14 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

Ind. No. CR-07-621 (A.R.R.)

UNITED STATES OF AMERICA,

- v -                                                            ORDER

KARIM GOLDING,
            Defendant

-------------------------------------------------------x

      Upon application by counsel for Karim Golding and for good cause shown, it is hereby

ORDERED:

      That all of Karim Golding's legal materials presently being held at FCI Herlong, P.O.

Box 900, Herlong, CA, 96113, be forwarded to Karim Golding, who is presently housed at the

Metropolitan Detention Center, P. O. Box 329002, Brooklyn, NY 11232, at the earliest

opportunity as Mr. Golding requires these documents to prepare for upcoming legal proceedings.

                              SO ORDERED:

                              /s/(ARR)

                              Allyne R. Ross
                              Senior Judge
                              United States District Judge
                              Eastern District of New York

Dated: Brooklyn, New York
       September   6  , 2012

## HARRY C. BATCHELDER, JR.

### 40 WALL STREET

TWENTY-EIGHT FLOOR

NEW YORK, NEW YORK 10005-1313

212-502-0660

NEW HAMPSHIRE OFFICE:
CENTER SANDWICH, N.H. 03227
603-284-7725

CABLE ADDRESS
PRAETORIAN NEW YORK

E-MAIL: LUBIYANKA@AOL.COM

SAIGON TOWER
29 LE DUAN BOULEVARD
SIXTEENTH FLOOR
HO CHI MINH CITY, VIETNAM
+ 848 3823 6268

August 24, 2012

Chambers of The Honorable
Allyne R. Ross
Senior Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Karim Golding
             CR 07-0621 (A.R.R.)
             Our File No. 8-11

Dear Senior Judge Ross:

As per the recent pretrial conference, I enclose an order for the Court's execution requesting that the FCI Herlong forward Mr. Golding's legal materials to him at the Metropolitan Detention Center.

Thanking you in advance for your attention to this matter, I remain,

Very truly yours,

Harry C. Batchelder, Jr.

HCB/ca
Enclosure