EXHIBIT A

Statement of Karim Golding

Shortly after I was sentenced I was packed up and shipped to California; this was a two month trip which ranks among my list of bad experiences in life.  Upon my arrival to F. C. I Herlong I was placed in a three man cell.  I noticed immediately that all my cellmates were black.  One of them was from Florida; after he introduced himself he explained to me how the institution was run, a little inmate A & O, which was basically that whites cell with whites only, the same for  Mexicans and Asians and blacks.  After these placements the groups are split into other groups based on gangs and further subdivided by geography.

Coming from New York I was not used to this type of segregation but there was nothing that I could do, this is how the prison was ran. Staff does not assign inmates to cells outside their race or gang.  I accepted it because the name of the game is survival.  That first summer on labor day I experienced my first race riot, Mexicans against blacks over a TV.  For fifteen or twenty minutes every section of the jail was rioting non stop.  I was being chased by armed Mexican South Siders because I had no clue that when individuals from different races get into an altercation it turns into a war, no matter where you from as long as your skin is the wrong color you are a target.  The riots are frequent and often begin for no apparent cause. I have seen numerous inmates rolled out on stretchers whether it be from violence, death by drug overdose, Mercer, heart failure, and all the while thinking "I don't want to die here like this."

Living this life and trying to avoid the pitfalls of this trap that I've gotten myself into on a a day to day I've made sure to always have a job because other forms of programming were limited to me because of the length of my sentence.  I've applied for every trade course possible

however I was denied all accept VT computers due to lack of interest from the rest of the inmates.  I really want to continue my education as a carpenter because I already have some experience and I actually enjoy the work.