EXHIBIT B

119 Arlington Avenue
Valley Stream, NY 11580
October 18, 2012

Harry Batchelder
Attorney at Law
40 Wall Street, 28th Floor
NY, NY 10005-1313

Dear Mr. Batchelder,

### Re: Karim Golding

As the attorney representing the above named client, I am writing this letter to bring to your attention the horrific situation that my son Karim Golding and his family have been experiencing for the past four (4) years since he has been in incarcerated in Herlong, California from New York.

First of all, it is completely insane to think that his family would be able to visit him all that FAR AWAY while living in New York as we are not in a financial or any other position to go to California and it is over the allocated 500 miles radius that he is supposed to be under, I cannot give quotation but I am sure there is a violation there.

I do not understand what is wrong but this picture is not right. On one occasion, a family friend was visiting California and arrangements were made for him to visit my son but he was turned away and denied visitation although all the paper work and other formalities were in order and adhered to were all in placed.
I have called this facility in California countless times and NEVER once been given the courtesy of a return call…WHAT IS WRONG WITH THIS PICTURE? Last year I sent him a Birthday Card and it was returned a month after stating that the facility does not accept the type of card that I sent him. I have sent him cards before and he received them. To date I have the card in my possession that was returned to me as evidence.

My son Karim is presently in New York for re-sentencing and his family have had the opportunity to visit him.
With my understanding there is no type of programs available to rehabilitate or equip these young men while incarcerated that would help them when they are release from prison. This would help to make our society a much better place. I am sure that many others like myself would strongly support that there should be positive GOALS when one is incarcerated.

I AM ALSO CONCERN AND FEARFUL for my son's well-being due to the highly racial discriminating population that my son has been subjected to and also his return to that facility after writing this letter. Karim has expressed that I should not voice my concern because some of the staffs at that facility are very vindictive. As you and I know that his statement is factual because many times we have seen how that the use of power has been abused by some members of staffs in these facilities.

As he is presently in New York for re-sentencing, I am appealing to you to ask for mercy, clemency and pity on us in this situation at this time.

My PRAYERS are every day for my son.

Thanking you.

A Mother in Need

Mervine Duhaney-Metzgar