Attention: Mr Lasalle

These documents are for case 07-621 ARR. I would like them filed in the case file ASAP so they can be viewed by all parties pryor to the next hearing! Please forgive the short notice and hand writing. Thank you

Kairi Golding

The Honorable Allyne R. Ross,
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

### Re: United States vs Karim Golding 07-621 ARR

Your Honor,

      The following is a collection of letters from family, friends and associates of Karim Golding. They were written in support of the most lenient sentence possible given that he has already served 8 years behind bars. They were all written honestly, with the upmost respect for the laws of this nation and those that administer them. We hope that you will seriously consider them before making your decision.

Thank you

Hon. Allyne R. Ross

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn New York 11201

Re: United States vs Karim Golding

    Docket #: 07-621 (ARR)


Dear Judge Ross

    my name is Kairi Golding. I am the brother of Karim Golding, the defendant in US v Golding. Since the precipitating events that led to Karim's incarceration there has been stress & anguish on all parties involved. There has also been deep regrets for mistakes we've made, but most importantly there has been significant positive changes in Karim and those he has influenced.

    The relationship between siblings is among the most complex of all human relations, especially when there are few years between them. Our feelings towards a brother or sister can range from vehement dislike to the most compassionate love. As older siblings, one feeling that remains constant is that of responsibility for our younger brothers and sisters. More so when we are separated from our parents as was the case with Karim and I in our early life. Though we were always under the care of loving, responsible adult relatives, there was still a lingering feeling that we were on our own.

    By all accounts we were raised as respectful, educated young men. However, as young people sometimes do, we've made mistakes that didn't reflect who we were at our core. Looking back, I deeply regret my failure to prevent Karim from making bad decisions. Though I was far from perfect at the time, there were moments that I could have spoken to him about correcting his path but failed to do so. I often wonder if I had taken more responsibility for his well being, would he be in this situation now. Having matured greatly since his arrest, Karim has taken responsibility for his mistakes and has expressed great remorse.

As the person that has been with Karim throughout his life, I can speak most accurately about his true nature. Karim has always been a smart, kind, loving, and selfless person. This may be hard to believe, but that is likely because you have only had the occasion to interact with him in an adversarial setting. I have had the opportunity to meet many strangers from different walks of life who knew Karim prior to his arrest. They all say variations of the same thing, that he is a "smart kid", "good guy ", or "good dude", and express deep sadness when told of his situation. When we visit him at the detention center, various Correction Officers have expressed the same sentiment. This is evident in their jovial interactions with him juxtaposed to their strictly authoritarian style with most other inmates. A few of the more familiar officers have taken the occasion to say that we seem like a "respectable" family and that they "can't understand how he ended up here."

I have also been told by an officer that he helps to maintain civility on his unit. Both amongst the inmates and between the inmates and guards by simply encouraging individuals to see things from another's point of view. This demonstrates both his maturity and selfless nature. He will assist in many instances when he stands to gain nothing personally. This is also one of his faults, as he stood to gain nothing in aiding the Undercover Officer to purchase contraband to support and protect his newborn baby and family

After a rough first year behind bars, Karim has made many positive changes. He has furthered his official education to the limits the institutions allow, and continued to pursue advancement through self-education although there are no credits for that. He has expanded his knowledge on subjects and skills of his interest such as history, sociology, entrepreneurship, carpentry, and furniture construction. Karim has also stayed far away from trouble for the past 7 years. Behind bars, this is a very difficult feat even for people with the purest intentions. Karim has developed great discipline and is super self motivated. Furthermore, he has transplanted this motivation and drive to do better to some that have contact with him. I can personally attest to this, and know of at least 3 others. We now actively think of ways to make ourselves better as people, employees, business owners, and citizens.

The last eight years has taught me many important lessons. The regret from my failure as the older brother to confront and steer Karim from the negative path he was on led to much introspection. I realized the importance of honesty and criticism in relationships with the people we love. This realization led to a few arguments between Karim and I because I wasn't convinced he made the changes that would prevent a return to prison were he to be released. This was 6 years ago, since then he has shown it in his words, ideas, actions. Objective

observers such as the officers at the facility have voluntarily confirmed this. Even Mr. Solomon has conceded that his disciplinary record stands for itself.

Karim has truly made profound changes since he has been incarcerated. He expressed that these changes came after he accepted his responsibility for his current situation. For society, your responsibilities to administer the law and see that justice is served are essential. However, they are a means to a far greater end, the advancement of a free, peaceful society. Having to weigh the value of harsh sentencing to further punish a person that is truly reformed and motivated to do positive things is an unenviable position. In your position, I am sure you have issued many sentences according to the harsh guidelines established in the 1980s in hopes it would increase the deterrence effect. I am also sure that you have occasionally considered the efficacy and observed the numbers of young men in your Court charged with similar crimes. I wouldn't presume to tell you whether society would be best served by Karim receiving a harsh or lenient sentence. What I will say is that if Karim were released earlier he would have a strong support structure of family and friends to provide him with a job, home, and the means to repay his debt to society. Finally, in achieving a free, peaceful, and prosperous society through law, tools such as leniency, second chances can be as important and effective as harsh sentences and other deterrence measures.

Sincerely,

Kairi Golding

Hon. Allyne R. Ross

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn New York 11201


Re: United States vs Karim Golding


Dear Judge Ross

Hello, my name is Sean Banks. In July 2007, I was shot in the courtyard where I live in Rochdale Village. It was a traumatic experience for me and my family. This event was used to charge a kid from my neighborhood in your Court. I'm writing this letter to make clear that I did not, and do not plan on having any problems with Karim Golding.

This is actually the second document I have written and submitted to the courts saying that I did not support the arrest, charges, or conviction of this kid. I have been interviewed by cops about this a few times and said the same thing. When I was in the hospital a cop came to see me asking if he shot me and I told him no. About a year later a few cops came to my house asking the same thing, I gave them the same answer. The cops told me I had to come to court during the trial. When I came to the trial I spoke with the prosecutor. I told him that Karim wasn't the person who shot me. I was not called to testify.

I was very disappointed when I heard he was convicted for this crime. Even worse when I heard he was sentenced to so many years. I don't know how something like this could happen even after I gave this information. I'm writing this to you hoping you can figure this out and make it right. It is a injustice for someone to spend so much time in jail for something they didn't do. If it was up to me he would have not been charged to begin with, but he definitely should not be in there any longer. So please do all that you can to release Karim Golding.

Thank you

*[signature]* 3/16/15

Sean Banks

**Sepher Tehillim International Prayer Outreach Ministry, Inc.**
**c/o Bronnxwood International Church of God**
3232 Lurting Avenue
Bronx, NY 10469
(646) 319-5224
laverne.summers@live.lagcc.cuny.edu

March 4, 2015.

The Honorable Allyne R. Ross,
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Ross,

### Re: United States vs Karim Golding 07-621 ARR

I am Bishop Laverne Summers, the founder of Sepher Tehillim an outreach ministry that focuses on at-risk and high risk youth. I successfully completed the Community Health Worker certificate 2013 spring cohort course at LaGuardia Community College; where I am now doing a Human Services degree. After graduation in December 2015 I will transfer to Hunter College to do a CUNY Baccalaureate degree and fast track to CUNY or NYU Law School to do Public Interest Law. At LaGuardia I am a very involved student leader; At-Large College Student Senator, Global Politics 200 Academic Peer Instructor, Phi Theta Kappa, Alpha Theta Phi Chapter member, and Honors Student Advisory Committee, I am also a member of the CUNY Malave Leadership Academy and I connect with the Black Men's Empowerment Initiative. I am writing to appeal to Your Honor for clemency on behalf of Karim Golding; a redeemable young man with potential and a desire to succeed. Karim comes from a close knit and very supportive family. I have known him all his life, his mother and I attended Excelsior High School in Jamaica.

I visited Karim at the Brooklyn facility and his learning curve is evidenced in a positive paradigm shift. He has grown spiritually, matured, and has a sense of purpose, direction, self awareness and commitment to civic responsibility.

I am asking that he be granted an early release as he would be guaranteed a stable and loving home with his mother and siblings. In addition the Black Men's Empowerment Cooperative at LaGuardia is committed to mentoring Karim by enrolling him at LaGuardia, where there is an excellent veterinary program, something that is a passion of Karim's. Headed by Vice President of Student Affairs Dr. Michael Baston, and the Student Life Manager, Bishop Darren Ferguson, the Black Men's Empowerment is an excellent support infrastructure in the lives of many young men. Karim would definitely be in school.

His mother, siblings and nieces, in fact all of us would be eternally grateful to you sir.

I prayerfully seek you kind consideration in this matter.

Sincerely,

Bishop Laverne Summers

Sepher Tehillim International Prayer Outreach Ministry, Inc.

Karima Jordan
7627 Perring Terrace
Parkville, MD 21234

February 11, 2015

Honerable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Your Honor,

    My name is Karima Jordan. I am a wife, mother of two girls and a kindergarten assistant at Pot Spring Elementary in Timonium Maryland. The defendant Karim Golding is my younger brother. Karim has been in prison for roughly eight years. You cannot imagine how much he has been missed. I try to visit as often as I can and every time I see him I sense a change in his character.
Because I am his sister, I've always seen him as my fun little brother; but in the past few years I've noticed a maturity in him. When we speak on the phone, he often has encouraging words for me which is ironic given his situation.

    I've always been in awe at the relationship Karim has with my children. To them he's just "Uncle KK". He is the uncle who never misses a birthday. My children often ask me when their uncle is coming home. I pray that would be soon.

Karim may have made some mistake in the past, but I know that he is a changed person. I believe he can leave his past actions behind him and strive to lead a productive life. Our family is very close and we can be that strong support system he will need beside him. I'm asking you to please consider a lenient sentence. For the past eight year our family has had a missing piece. Karim can make us whole again.

Sincerely Yours,

*Karima Jordan*
Karima Jordan

March 4, 2015.

The Honorable Allyne R. Ross,
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Ross,

    I humbly thank you for finding the time to read this letter. I am writing this letter on behalf of my brother Karim Golding who is currently incarcerated in Metropolitan Detention Center in Brooklyn New York. Karim is awaiting re-sentencing by the US district court of eastern New York. Karim has been in prison for the past 8 years and has been occupying himself by reading and educating himself. Karim has recently completing the GED program and has showed appreciation and admiration for the staff helping him and guiding him through the process. Karim has also been keeping himself busy by working in the center, cleaning the facilities such as the Kitchen, Laundry Room, Hallways and Bathroom area. From speaking with him I can tell his mind has been uplifted and he has gained the necessary knowledge and discipline that he needs to succeed within society and will take those positive steps given you find it within your heart to give Karim a second chance. Karim has proven himself throughout his incarceration by staying out of trouble and has been maintaining peaceful relations with others. Karim is the youngest of his 4 siblings consisting 2 brothers and 2 sisters he has constantly been disciplined by us while growing up we would stay on top of him making sure he does his homework and so forth. Being the oldest brother I moved out from my mother's house to work with my Uncle and have been living on my own ever since. Being away working in another state I never got the chance to teach Karim the importance of choosing your friends carefully and staying away from bad company. Growing up in Queens was rough and the influence of childhood friends from Public School to Junior High School was pretty strong and it was hard for me to stay out of trouble during my Junior High School years. It was me being accepted into an Aviation program at the College of Aeronautics in the Summer of 1995 that gave me chance to dream big to one day becoming a Pilot. I applied to the High School of Aviation & Park West High School and was accepted by Park West High School. This gave me an opportunity to pursue my dreams of one day becoming a Pilot and to get away from the bad company I kept as friends. It is my belief that Karim's childhood friends from Queens steered him in the wrong direction. Karim being incarcerated for 8 years has caused a heavy hearts on our family being he's not able to see his nieces to help guide them in the right direction as a man and an Uncle. Karim is now a man that knows his responsibilities and knows the importance of staying on the straight and narrow path. I'm positive he will not disappoint your honor or his family given you find it in your heart and mind to grant him a chance I know he will not disappoint you. My family and I thank you for reading this letter sincerely hopeful your honor will show mercy on our brother.

Sincerely,

Khamisi Golding

February 15, 2015

Dear Judge,

My name is Tolasadè Holding, I am 9 years old. I am the neice of Karim Holding. I think my uncle should be out of jail because we can spend more time together. He gives me a lot of advice when I need it. For example when I do get a chance to visit him he tells me "I am smart and I can do very good in school." He shares lots of jokes and makes me laugh. This is why I think Karim Holding should be taken out of jail.

Love,
Tolasadè Holding

Dear Judge,

I'm Breyonna Jordan, I am 9 years old, and a niece of Karim Golding.

Uncle Karim is my favorite uncle. He's the one who makes me smile, he's the one that makes me laugh. He gives me advice and shows me the way, further more I wish to see him on my 10th birthday.

A lot of my best memories are with him. Everytime I see Uncle Karim I cherish our moment. I dream of the day those bars won't be between us. I wish for the time that I could spend more time with my uncle. I hope for the time prison won't be his home.

From,
Breyonna Jordan

Dear Judge, I am Taya Jordan I am seven years old. Karim Golding is my uncle. I live in Maryland and I don't get to see my uncle often. Uncle Karim brings joy to me and makes me happy. He is my best uncle. He makes me smile. I love him a lot. I hope he can be out of jail soon.

From, Taya Jordan