FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAR - 6 2015 ★
3:13PM · RV
BROOKLYN OFFICE

07-CR-621
(ARR)

Pg #1

Greetings, your Honorable Judge Allyne R. Ross I have recently been notified that I am schedualed to re sentenced on March 11th 2015.

I understand that many defendants do not get this type of opportunity so I would first like to start by apologizing for my behavior several years ago. I know that there is no excuse but I would like to explain what I was going through at that time.

At the time of my arrest which was a year apart from the charges in the indictment I felt that I had turned my life around. I was doing Job training at Credit Swiss, was schedual to be enrolled in a Medical Billing course in which I had asked my mother to arrange for me, as well as some part-time carpentry. Then everything just came crashing down and I was fighting for my life with everything. I had basically a child lashing out. So once again I apologize. I want you to know that I am no longer that child.

As this court knows I have never been one to offer "lip service" so when I

Pg #1

pg #2

say that I fully regret the things that I once partook. This Court may know that I say this in all honesty. What I do not regret is what this experience has done for me, because I do not believe I could of overcome my ego or the demons of my childhood without the 20 year sentence which I was giving. At the time I really needed that type of sentence, just hearing 20 years was propably enough but I really needed to hear that because at that time I had no self-worth or even that I had such a strong loving family was completely oblivious to me, because I was holding on to things and tragedies that this time has allowed me to let go.

    In life we have all made mistakes some of us more than others. One of the things about most inmates that I have realized is we just really need help, we have never been offered the "right" opportunity in fact every opportunity we are offered in our communities are just about wrong. I am only one individual but I am doing my best to help others as well as take this time to educate myself, I have had to do this with no help from the BOP because of my lengthy sentence. If not for my family I don't even know how or if.

pg #2

pg #3

With that said I would like to pose a question to this Court.

If you were ever unfortunate enough to be in my shoes what would you have done? When it seemed to me that no matter what I chose I would of ended up with a twenty year sentence. Sure I was offered 120 months when I didn't even know what I was being charged with along with the threat that all bets were off if I requested discovery in which this Honorable Court already had ordered the government to produce. Then I am superceded for asking for discovery and offered 120 months with another 120 months to run consecutive. During the course of this I am told by the Court that if I lost trial I would get Twenty years. So again I ask what was my choice, the right to appeal a Twenty year sentence or just the Twenty year sentence.

So here I am before this Court again with basically all the same issues. While I have made many changes to my character the governments seeks the harshest punishment which Eric Holder has told them NOT to do, I was never even supposed to be charged as a Felon-in-possession to begin with but people make mistakes. I am

pg #3

pg #4

not attacking the government because I understand they have a job to do, but they have made mistakes like I have. Presiden Obama has recently showed his support to members of Congress for the Smarter Sentencing Act. I do not know what the final bill will look like and I would not like to put you in the position that our last sentencing did. However in light of what Mr. Batchelder has set forth in our sentencing Memorandums. I believe much can be done if you see fit to give me relief.

I have been preparing for my release I know that it will come one day, hopefully soon. I would like to be with my family because I have discovered something that has been in front of me. I would like to be a member of society because I know what I have to offer. I have several ideas that will help to advance technology, but I also work my butt off. Even after almost nine years I still have job opportunities out there waiting for me. No matter sentence you choose to impose I would like to thank you, because you may not know it but you have helped me more than anyone in this world and you saved me from my self and helped me to find my self

Thank You

P.S Sorry I was unable to type this letter but due to short notice I could not type in time to mail. Sorry

Karim Golding

pg #4



Metropolitan Detention Center
Karim Golding #64376-053
MDC Brooklyn
P.O. Box 329002
Brooklyn, New York 11232

Legal Mail

Chambers of Honorable Allyne R. Ross
United States District Judge Eastern District
225 Cadman Plaza East
Brooklyn, New York 11201